# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-2618
Lower Tribunal No. 22MM007181AOR

———————————————

RAMON ROBLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the County Court for Orange County.
Adam McGinnis, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED